Motion for temporary restraining order / preliminary injunction

370 A. Front St
Columbus, OH 43215

2:19cv4857
Judge Morrison
MAGISTRATE JUDGE JOLSON

I request that a temporary restraining order be granted barring all listed defendants contact with me. I also ask that a preliminary injunction be granted calling my immediate release from this Facility.

The ongoing violations of my human rights makes me very fearful for my safety and well being. While this court isn't a United Nations tribunal, its probably in my interest to classify the excessive violations as civil rights deprivations in an environment where the constitution seems not to exist or be taken seriously. I ask the court to resolve this motion as Law and Justice require and to interprete my pleading liberally as I am not schooled in matters of law to compose a professional motion for restraint and injunction against the defendants who have unlimited resources to hire legal experts to oppose me in quest for Justice.

I declare the above statements to be true under penalty of perjury by law.

[signature]
10/3/19